

# Fourth Court of Appeals
## San Antonio, Texas

April 3, 2019

No. 04-18-00397-CV

**MPII, INC.** D/B/A Mission Park Funeral Chapels and Cemeteries,
Appellants

v.

Timothy **MOTT** and Sharlotte Mott,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI00572
Honorable Norma Gonzales, Judge Presiding

# O R D E R

This appeal was scheduled for formal submission and oral argument at 2:00 p.m. on Tuesday, May 14, 2019, before a panel consisting of Justice Martinez, Justice Watkins, and Justice Rodriguez. On March 28, 2019, appellees filed an unopposed motion to reset oral argument. After review, we **GRANT** appellees' motion and **ORDER** the oral argument scheduled for May 14, 2019, at 2:00 p.m. cancelled and the May 14, 2019 submission date withdrawn. We further **ORDER** this appeal to be submitted on **May 20, 2019**, and oral argument to be heard on **Monday, May 20, 2019, at 10:00 a.m.** before a panel consisting of Justice Martinez, Justice Watkins, and Justice Rodriguez in the courtroom of the Fourth Court of Appeals.

The parties are reminded that arguments are limited to twenty (20) minutes for each side with ten (10) minutes rebuttal allotted to appellant.

We **order** the clerk of this court to serve a copy of this order on all counsel.

It is so ORDERED on April 3, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court